ntctrialdktc (rev. 03/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Jason Taylor Martin | § | |
| | § | Case No.:   22–42492–elm7 |
| Debtor(s) | § | Chapter No.:   7 |
| | § | |
| Brenda Park | § | |
| Plaintiff(s) | § | Adversary No.:   23–04004–elm |
| | § | |
| vs. | § | |
| Jason Taylor Martin  et al. | § | |
| Defendant(s) | § | |

### AMENDED NOTICE SETTING TRIAL DOCKET CALL

   A WebEx Hearing has been set in the U.S. Bankruptcy Court for **July 10, 2023** at **01:30 PM** before the Honorable Edward L. Morris at https://us–courts.webex.com/meet/morris to consider

Nature(s) of suit: 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)) (1)

For WebEx Telephonic Only Participation/Attendance:
DialIn: 1.650.479.3207
Meeting ID: 473 581 124

DATED:  February 22, 2023            FOR THE COURT:
                                     Robert P. Colwell, Clerk of Court

                                     by: /s/Karyn Rueter, Deputy Clerk